IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EMILIO MERCADO CHACON

DEBTOR

CASE NO. 14-04868-MCF

CHAPTER 13

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, EMILIO MERCADO CHACON**, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated September 15, 2015, herewith and attached to this motion.

2. This Plan modification is filed to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable recommendation at docket #57.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 14-04868-MCF13
Post confirmation modification of chapter 13 Plan

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of September, 2015.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                 Case No. **3:14-bk-4868**

**MERCADO CHACON, EMILIO**                Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/15/2015**           ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 175.00 | 3 | 525.00 |
| 0.00 | 4 | 0.00 |
| 175.00 | 11 | 1,925.00 |
| 260.00 | 26 | 6,760.00 |
| 635.00 | 16 | 10,160.00 |

TOTAL: $ **19,370.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **19,370.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,793.00**

Signed: _[signature]_
   Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank De PR**    Cr. **Scotiabank De PR**    Cr. **See Attached**
  # **Claim 1-1**          # **7557 Post-petition**      # _____
  $ **1,862.77**          $ **2,634.52**          $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Empresas Berrios In**   Cr. _____   Cr. _____
  # **Claim 2-1**          # _____      # _____
  $ **2,088.57**          $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
  # _____       # _____       # _____
  $ _____       $ _____       $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
  **Coop A/C San Jose**    **Scotiabank De PR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f) (3).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* ASUME Priority Claim # 3-2; Pre-petition arrears to be paid through the Trustee; debtor to continue to make current direct post-petition payments to ASUME - Account 0281014.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE MERCADO CHACON, EMILIO                                   Case No. **3:14-bk-4868**
                              Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | **Coop A/C San Jose** | **Claim 6-1** | 620.97 |
|  | **Coop A/C San Jose** | **3620 Post-Petition** | 3,213.11 |
| **Executory Contracts - Rejected:** | **Rent A Center** | | |

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-04868-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Tue Sep 15 15:01:02 AST 2015 | COOP A/C SAN JOSE<br>JOSE A SANTINI BONILLA ESQ<br>PO BOX 552<br>AIBONITO, PR 00705-0552 | EMPRESAS BERRIOS FINANCIERAS<br>LUIS YAMIL RODRIGUEZ SAN MIGUEL ESQ<br>PMB 256 PO BOX 4952<br>CAGUAS, PR 00726-4952 |
| SCOTIABANK DE PUERTO RICO<br>CARDONA JIMENEZ LAW OFFICE PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO BOX 70101<br>SAN JUAN PR 00936 8101 |
| AEE<br>PO BOX 372828<br>CAYEY PR 00737 2828 | ASUME<br>PO Box 11218<br>San Juan, PR 00910-2318 | Autoridad de Carreteras y Transportacion<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 |
| Coop San Jose<br>Aptdo 2020<br>Aibonito, PR 00705-2020 | Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | Empresas Berrios Inc<br>PO Box 674<br>Cidra, PR 00739-0674 |
| First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 | Rent A Center<br>5501 Headquarters Dr<br>Plano, TX 75024-5845 | Scotiabank De PR<br>PO Box 362649<br>San Juan, PR 00936-2649 |
| Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | EMILIO MERCADO CHACON<br>TREASURE VALLEY<br>A12 MEXICO STREET<br>CIDRA, PR 00739-3628 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ASUME-MARIA GONZALEZ CLAUDIO PO BOX 71316 | (d)SCOTIABANK DE PUERTO RICO<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR 00902-3593 | End of Label Matrix<br>Mailable recipients 19<br>Bypassed recipients 2<br>Total 21 |