IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EMILIO MERCADO CHACON

DEBTOR

CASE NO 14-04868-MCF

CHAPTER 13

**DEBTOR'S REPLY TO** *TRUSTEE'S OBJECTION TO DEBTOR'S MOTION*
*REQUESTING RECONSIDERATION OF DISMISSAL ORDER*, **DOCKET #78**

TO THE HONORABLE COURT:

**NOW COMES, EMILIO MERCADO CHACON**, debtor in the above captioned case,

through the undersigned attorney, and very respectfully states and prays as follows:

1. On March 29, 2016, the Chapter 13 Trustee filed an objection to debtor's motion

requesting reconsideration of dismissal Order, docket #78, basically stating that the "...Debtor is

3 months, or $780.00, in arrears with plan payments", and that "[t]he case should remain

dismissed until Debtor becomes current under the terms of the plan". *Trustee's Objection to*

*Debtor's Motion Requesting Reconsideration of Dismissal Order*, paragraph 4, page 1, docket

#78.

2. The debtor hereby respectfully submits that on April 15, 2016, he made a $780.00

payment in order to cure any and all arrears owed to the Trustee. Attached is copy of evidence of

said payment.

3. With this information debtor responds to the *Trustee's Objection to Debtor's Motion*

*Requesting Reconsideration of Dismissal Order,* docket #78.

**WHEREFORE**, the debtor respectfully requests this Honorable Court grant this motion,

deny *Trustee's Objection to Debtor's Motion Requesting Reconsideration of Dismissal Order,*

docket #78, and grant debtor's motion and set aside/reconsider the March 8, 2016, *Order*

*Dismissing Case* (docket #74) entered in the above captioned case.

Page -2-
Debtor's Reply to Trustee's Objection to Reconsideration
Case no. 14-04868-MCF13

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via
electronically with the Clerk of the Court using CM/ECF systems which will send notifications
of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal
Service copy of this motion to the debtor to his address of record.

**RESPECFULLY SUBMITTED.**  In San Juan, Puerto Rico, this 18th day of April, 2016.

/s/ ***Roberto Figueroa Carrasquillo***
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com

