**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**EMILIO MERCADO CHACON**
**aka EMILIO MERCADO**

**xxx–xx–3227**

Debtor(s)

Case No. **14–04868 MCF**

Chapter **13**

FILED & ENTERED ON 4/20/16

*ORDER GRANTING RECONSIDERATION*

Upon debtor's (s') request for reconsideration of the order dismissing the instant case (docket entry #76), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, April 20, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge