```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF PUERTO RICO
```

IN RE:                                      CASE NO. 14-04868-MCF
EMILIO MERCADO CHACON
                                               CHAPTER 13

        DEBTOR (S)

Trustee's Position
Regarding RECONSIDERATION OF DISMISSAL ORDER

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

   1. The Trustee has no opposition to motion for: RECONSIDERATION OF DISMISSAL ORDER.(Docket # 76 ).

   WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropiate.

   CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to:  Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

   In San Juan, Puerto Rico this Wednesday, April 20, 2016.


                                    /s/ Nannette Godreau -Staff Attorney
                                    JOSE R. CARRION
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 9023884, Old San Juan Sta.
                                    San Juan, P.R. 00902-3884
                                    Tel (787)977-3535   FAX (787)977-3550