UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EMILIO MERCADO CHACON<br><br>XXX-XX-3227<br><br>DEBTOR (S) | CASE NO. 14-04868-MCF<br><br>CHAPTER 13 |

TRUSTEE'S POSITION REGARDING DEBTORS
"MOTION REQUESTING RECONSIDERATION OF DISMISSAL"

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. That on October 21, 2016 a Motion to Dismiss was filed by herein appearing Chapter 13 Trustee, due to Debtor(s) failure to keep current with plan payments (Docket 83).

2. That in consequence on December 21, 2016 an Order Dismissing case was entered by this Honorable Court (Docket 88).

3. That on January 03, 2017 Debtor(s) filed a motion for reconsideration of said order dismissing the case (Docket 92).

4. That the issues that provoked the Trustee's motion for dismissal have been solved since Debtor(s) have become up to date with Trustee's plan payments.

5. That the Trustee would like to inform this Honorable Court that he has no opposition to either Debtor(s) request for reconsideration or to the reopening of this case.

**WHEREFORE,** the Trustee respectfully requests from Honorable Court to take note of the above and provide accordingly.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 2002, the Chapter 13 Trustee herein certifies that a copy of this motion has been served by regular US Mail **on this same date to:** the DEBTOR(s) and his attorney to their respective address of record as they appear in the Master Address List if not a registered ECF user.

In San Juan, Puerto Rico this Thursday, January 12, 2017.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550